Commonwealth *v.* Newman, Appellant.

Argued June 20, 1967. *Thomas J. Maloney,* Public Defender, with him *John D. DiGiacomo,* Assistant Public Defender, for appellant; *John E. Gallagher,* Assistant District Attorney, with him *Bernard V. O'Hare, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.